```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

       JUN 25 2008
     AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

08-CV-00689-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID OCHOA,<br><br>        Petitioner,<br><br>v.<br><br>UNITED STATES IMMIGRATION SERVICES,<br><br>        Respondent. | CASE NO. C08-689-MJP-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this __25__ day of __June__, 2008.

/s/ Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

ORDER
PAGE – 1